1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ANDRE GOMEZ, | No. 2:21-cv-05698-JAK-GJS |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT** |
| THE CURIOUS PALATE, | JS-6 |
| Defendant. | |

**JUDGMENT IS HEREBY ENTERED** as follows:

1. Plaintiff's Motion for Default Judgment (Dkt. 14) is granted. Judgment is entered against Defendant and in favor of Plaintiff.

2. Defendant has violated the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101, *et seq.* and the Unruh Civil Rights Act ("Unruh Act"), Cal. Civ. Code § 51, *et seq.*

3. Defendant shall modify its website to comply with the ADA and the Unruh Act.

4. Plaintiff is awarded $4000 in statutory damages under the Unruh Act, payable by Defendant to the Moore Law Firm, P.C. Trust Account and delivered to the Moore Law Firm, P.C., 300 South First Street, Suite 342, San Jose, California 95113.

5. Plaintiff is awarded $5708 in attorney's fees and costs under the ADA, payable by Defendant to the Moore Law Firm, P.C. Trust Account and delivered to the Moore Law Firm, P.C., 300 South First Street, Suite 342, San Jose, California 95113.

**IT IS SO ORDERED**.

Dated: March 25, 2024

_____
John A. Kronstadt
United States District Judge